|  |  |  |
|---|---|---|
| JONATHAN ADORNO, | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : |  |
|  | : | Hon. William J. Martini |
| -vs- | : | Civil Action No. 08-1636 (WJM) |
|  | : |  |
| GARY CARDAMONE, | : |  |
|  | : | **ORDER SCHEDULING CONFERENCE** |
| Defendant(s). | : |  |

**IT IS** on this 1st day of June, 2009

**ORDERED** that a status/settlement conference is scheduled for **Wednesday, July 22, 2009** at **10:00 a.m.** before the undersigned at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.  Plaintiff shall appear in person at the conference; Defendants shall participate by phone.

                                                                  s/Mark Falk  
                                                                  **MARK FALK**  
                                                                  **United States Magistrate Judge**

Orig.: Clerk of the Court  
cc:    Hon. William J. Martini, U.S.D.J.  
        All Parties  
        File